UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CRAIG M. BYRD,

                                 Plaintiff,                            20 **CIVIL** 4464 (JPO)

                      -against-                                    **JUDGMENT**

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

                               Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Order dated December 7 2021, Judge Cave's thorough and well-reasoned Report presents no such errors and is therefore fully adopted by this Court. Accordingly, the Report and Recommendation (Dkt. No. 24) is hereby ADOPTED, Plaintiff's motion for judgment on the pleadings (Dkt. No. 15) is hereby DENIED, and Defendant's motion for judgment on the pleadings (Dkt. No. 18) is hereby GRANTED, and this case is closed.

**Dated:**  New York, New York
            December 7, 2021

                                                                        **RUBY J. KRAJICK**
                                                                         _____
                                                                            Clerk of Court
                                                          **BY:**  _____
                                                                                     **Deputy Clerk**